

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00850-CR

Jordan Christopher **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11931
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 21, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice